1  ILENE J. LASHINSKY (#003073)
   United States Trustee
2  District of Arizona

3  LARRY L. WATSON (CA #193531)
   Trial Attorney
4  230 North First Avenue, #204
   Phoenix, Arizona  85003-1706
5  (602) 682-2600 (phone)
   (602) 514-7270 (fax)
6  E-mail:  Larry.Watson@usdoj.gov

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| THREE-FIVE SYSTEMS, INC., | ) | Case No. 2-05-17104-PHX-RTB |
| | ) | |
| | ) | APPOINTMENT OF OFFICIAL |
| | ) | COMMITTEE OF EQUITY |
| Debtor. | ) | SECURITY HOLDERS |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtor, being among those holding the largest equity security holder claims and who are willing to serve, are appointed to the committee of equity security holders:

1.  David Buchanan
    6301 E. Huntress Drive
    Paradise Valley, AZ  85253
    (480) 998-8063
    (480) 596-3487 (fax)

2.  Robert Nahom
    8141 E. Del Plomo
    Scottsdale, AZ  85258
    (602) 224-0603
    (602) 224-0323 (fax)

3.  Dan Schott
    5342 E. Lafayette Blvd.
    Phoenix, AZ  85018
    (602) 840-4668

. . .

| | | |
|---|---|---|
| 1 | 4. | Fred Silverman<br>18 Twin Ponds Drive<br>Bedford Hills, NY 10507<br>(914) 241-3077<br>(914) 244-3707 (fax) |

```
 1           4.    Fred Silverman
                   18 Twin Ponds Drive
 2                 Bedford Hills, NY  10507
                   (914) 241-3077
 3                 (914) 244-3707 (fax)

 4
                                     Respectfully submitted,
 5
                                     ILENE J. LASHINSKY
 6                                   United States Trustee
                                     District of Arizona
 7

 8
    Dated:    January   17  , 2006.   /s/ LLW (CA #193531)
 9                                    LARRY L. WATSON
                                      Trial Attorney
10

11  Copies of the foregoing mailed to
    the creditors appointed as listed
12  above, and the following this
    17th day of January, 2006:
13
    Thomas J. Salerno
14  Jordan A. Kroop
    Squire Sanders & Dempsey LLP
15  40 N. Central Avenue, #2700
    Phoenix, AZ  85004-4498
16  Attorneys for Debtor

17
    /s/ C. Dior
18
```

- 2 -